IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND SHORTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-5089 |
| | : | |
| SUPERINTENDENT SORBER *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 3rd day of April, 2024, upon consideration of the Motion to Dismiss (ECF No. 17) filed by Defendants Joseph Walsh, PA, John Nicholson, PA, and Vanessa Amoah Oti Akenten, MD (the "Medical Defendants"), the Motion to Dismiss (ECF No. 18) filed by Defendants Sorber, Gredic-Almond, Sipple, Raymond, Nunez, Gery, Green, Shinholster, Fernandez, and Saunders (the "Commonwealth Defendants"), Plaintiff Raymond Shorter's opposition thereto (ECF No. 19), and the Medical Defendants' reply in support thereof (ECF No. 20), it is hereby **ORDERED** that the Medical Defendants' Motion and The Commonwealth Defendants' Motion are **GRANTED** for the reasons set forth in the accompanying memorandum. Mr. Shorter's federal claims are **DISMISSED**, his state law claims are **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court shall close this case. It is further **ORDERED** that the Commonwealth Defendants' Motion for Extension of Time (ECF No. 14) is **GRANTED**.

BY THE COURT:

 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**